JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JOSEPH P. RUSSELL, ) | Case No. CV 07-03470-MLG |
| ) Plaintiff, ) | |
| ) | **JUDGMENT** |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) Commissioner of Social ) Security, ) | |
| ) | |
| ) Defendant. ) | |
| ) | |

**IT IS ADJUDGED** that this action is remanded to Defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.

DATED: February 7, 2008

_____
MARC L. GOLDMAN
United States Magistrate Judge